UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) *United States of America* CIVIL NO. 96-2019 (DRD)

v.

Defendant(s) *Juan Figueroa Burgos*

| MOTION | ORDER |
|---|---|
| Docket entry no. 17 | ☐ GRANTED. |
| Date: Dec. /28/1999 | ☐ DENIED. |
| Title: Motion | ☐ MOOT. |
| | ☐ NOTED. |

*See order of 1/14/99 Docket #18. The monies are to be issued to the order of both Juan Figueroa Burgos and Margarita Santiago Ortiz because the property subject of foreclosure was community property*

RECEIVED AND FILED
00 JAN 25 PM 1:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: 1/24/2000

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**

m. santiago

18